**2**

Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
BK.CA@McCalla.com

Attorney for Freedom Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**David De Vaughn Howerton,**<br><br><br><br><br><br>Debtor. | Case No. 18-25114<br><br>Chapter 7<br><br>Docket Control No. DWE - 1<br><br>**MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br><u>Hearing</u>:<br>Date: July 25, 2024<br>Time: 10:00 a.m.<br>Place: **501 I Street, 6th Floor, Courtroom 33**<br>**Sacramento, CA 95814** |

**TO THE HONORABLE RONALD H. SARGIS, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

    Freedom Mortgage Corporation ("Movant") hereby moves this Court for an Order granting relief from the automatic stay under 11 U.S.C. § 362 in the above-captioned matter so that Movant may enforce its remedies against the property in accordance with applicable non-bankruptcy law on the real property commonly known as 6521 24th Street, Rio Linda, CA 95673 (the "Property").

///

///

Movant hereby moves this Court for an Order granting relief from the automatic stay on the following grounds:

1. **Pursuant to 11 U.S.C. § 362(d)(1) for cause:** Here, there is a default of eleven (11) loan payments (the July 2023 to May 2024 mortgage payments) totaling $17,929.01. In addition, there is only a 14.09% equity cushion protecting Movant's lien [lien is at $231,948.60 and Property's value is $270,000.00], which results in a lack of adequate protection. Thus, Movant cause exists to terminate the stay pursuant to 11 U.S.C. § 362(d)(1).

Movant submits the attached Declaration and Memorandum of Point & Authorities, as well as other evidence attached hereto in support of its Motion.

**IMPORTANT NOTICE**

**Freedom Mortgage Corporation ("Freedom") is firmly committed to helping its borrowers who are experiencing a hardship. Depending on the circumstances of your case, Freedom may be amenable to consensual resolution of this matter, with Court approval. If you (or, if applicable, any co-debtors) have experienced a hardship, please contact us (or have your counsel contact us, if you are represented) promptly to discuss possible options.**

**WHEREFORE**, Movant prays that this Court issues an Order as follows:

1. An Order Terminating the Automatic Stay to allow Movant, its successors, transferees, and assigns, to proceed under applicable non-bankruptcy law to enforce its remedies against the Property.

2. Any further relief as the Court deems just and proper.

Dated: June 14, 2024

Respectfully Submitted,
McCalla Raymer Leibert Pierce, LLP

By: */s/ Dane Exnowski*
Dane W. Exnowski
Attorney for Movant