**3**

Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
BK.CA@McCalla.com

Attorney for Freedom Mortgage Corporation

## UNITED STATES BANKRUPTCY COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| In re: | Case No. 18-25114 |
|---|---|
| | Chapter 7 |
| **David De Vaughn Howerton,** | Docket Control No. DWE -1 |
| | **MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | Hearing: |
| | Date: July 25, 2024 |
| | Time: 10:00 a.m. |
| | Place: 501 I Street, 6th Floor, Courtroom 33 Sacramento, CA 95814 |
| Debtor. | |

**TO THE HONORABLE RONALD H. SARGIS, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

      Freedom Mortgage Corporation ("Movant") hereby files this Memorandum of Points & Authorities in support of its Motion for Relief from the Automatic Stay (the "Motion") in the above-captioned matter.

///

///

///

## I. <u>INTRODUCTORY STATEMENT</u>

Movant hereby moves this Court for an Order granting relief from the automatic stay for cause as more fully detailed below.

## II. <u>STATEMENT OF FACTS</u>

1. **Case history:** David De Vaughn Howerton ("Debtor") filed a chapter 13 petition on August 15, 2018 as bankruptcy case number 18-25114. An order converting the case to Chapter 7 was entered on March 22, 2024.

2. **The Property at issue:** The address of the real property that is the subject of this motion is 6521 24th Street, Rio Linda, CA 95673 (the "Property"). Debtor is the owner of record of the Property.

3. **Nature of Movant's interest in the Property:** On or about April 4, 2016, Debtor made and delivered a Promissory Note (by and through attorney-in-fact Shawn Howerton) in the original principal amount of $253,400.00, secured by the Deed of Trust recorded on April 18, 2016 on the Property. Copies of the Promissory Note and recorded Deed of Trust are attached to the Exhibit Index as Exhibit **<u>A</u>** and Exhibit **<u>B</u>**, respectively. A copy of the Assignment transferring the beneficial interest under the Deed of Trust is attached to the Exhibit Index as Exhibit **<u>C</u>**.

4. **Amount of Movant's Claim with respect to the Property:**

| | |
|---|---|
| Principal: | $216,153.13 |
| Accrued interest: | $8,527.70 |
| Costs (attorney's fees, foreclosure fees, other costs): | $4,809.82 |
| Mortgage Insurance Premium Due | $0.00 |
| Less Escrow/Impound Funds | ($0.00) |
| Advances (property taxes, insurance): | $2,457.95 |
| Less suspense account or partial balance paid: | $0.00 |
| TOTAL Claim as of: 5/20/24; g/t 6/20/24 | $231,948.60 |

///

5. **Status of Movant's claim relating to the Property:** The current monthly payment amount is $1,629.91. The loan is contractually due for the July 1, 2023 payment; 11 payments have come due and were not made for a total of $17,929.01 through the May 2024 payment, exclusive of fees, costs, and/or charges.

6. **The fair market value of the Property:** According to the Debtor's Schedules, the fair market value of the Property is $270,000.00. A copy of Debtor's Schedules A/B and D are attached to the Index as Exhibit **D**.

7. **Equity in the Property:** According to the Debtor's Schedules, there are no additional liens on the property:

| | |
|---|---|
| 1st Lien: Movant: | $231,948.60 |
| Total Debt: | $231,948.60 |
| Total Equity: | **$38,051.40** |

### III. GROUNDS FOR RELIEF FROM STAY

1. **Pursuant to 11 U.S.C. § 362(d)(1) for cause:** Here, there is a default of eleven (11) loan payments (the July 2023 to May 2024 mortgage payments) totaling $17,929.01. In addition, there is only a 14.0% equity cushion protecting Movant's lien [lien is at $231,948.60 and Property's value is $270,000.00], which results in a lack of adequate protection. Thus, Movant cause exists to terminate the stay pursuant to 11 U.S.C. § 362(d)(1).

///
///
///
///
///
///
///
///
///
///

## IV. <u>CONCLUSION</u>

Based upon the foregoing grounds and the evidence set forth, the Court should grant Movant's Motion for Relief from the Automatic Stay to allow Movant to proceed under applicable non-bankruptcy law to enforce its remedies against the Property

.Dated:06/14/2024                                    Respectfully Submitted,
                                                     McCalla Raymer Leibert Pierce, LLP

                                        By:    *<u>/s/ Dane  Exnowski</u>*
                                                     Dane W. Exnowski
                                                     Attorney for Movant