3
Dane W. Exnowski, SBN 281996
McCalla Raymer Leibert Pierce, LLP
301 E. Ocean Blvd., Suite 1720
Long Beach, CA 90802
Telephone: 562-983-5365
Fax: 562-983-5365
BK.CA@McCalla.com

Attorney for Freedom Mortgage Corporation

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

In re:
**David De Vaughn Howerton,**

Debtor.

Case No. 18-25114

Chapter 7

Docket Control No. DWE -1

**DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY**

Hearing:
Date: July 25, 2024
Time: 10:00 a.m.
Place: 501 I Street, 6th Floor, Courtroom 33
Sacramento, CA 95814

I, _Nitzan Shazar_, declare:

I am employed as a _Bankruptcy Supervisor_ by Freedom Mortgage Corporation ("Movant") and am authorized to sign this Declaration on behalf of Movant. I am over 18 years of age. I have knowledge regarding Movant's interest in the property and of David Howerton's ("Debtor") loan account that is the subject of this Motion. If called upon to testify, I could and would competently testify thereto.

///
///
///

DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY

1

DecMfr_CA_V001

I am one of the custodians of the books, records and files of Freedom Mortgage Corporation that pertain to loans and extensions of credit given to Debtor concerning the subject Property. I have access to the books, records and files, and as to the following facts, I know them to be true of my own knowledge or I have gained knowledge of them from the business records of Movant on behalf of Freedom Mortgage Corporation, which were made at or about the time of the events recorded, and which are maintained in the ordinary course of Freedom Mortgage Corporation's business at or near the time of the acts, conditions or events to which they relate. Any such document was prepared in the ordinary course of business of Freedom Mortgage Corporation by a person who had personal knowledge of the event being recorded and had or has a business duty to record accurately such event.

1. **Case history:** David De Vaughn Howerton ("Debtor") filed a chapter 13 petition on August 15, 2018 as bankruptcy case number 18-25114. An order converting the case to Chapter 7 was entered on March 22, 2024.

2. **The Property at issue:** The address of the real property that is the subject of this motion is 6521 24th Street, Rio Linda, CA 95673 (the "Property").

3. **Nature of Movant's interest in the Property:** On or about April 4, 2016, Debtor made and delivered a Promissory Note (by and through attorney-in-fact Shawn Howerton) in the original principal amount of $253,400.00, secured by the Deed of Trust recorded on April 18, 2016 on the Property. True and correct copies of the Promissory Note and recorded Deed of Trust are attached to the Exhibit Index as **Exhibit A** and **Exhibit B**, respectively. A true and correct copy of the Assignment transferring the beneficial interest under the Deed of Trust is attached to the Exhibit Index as **Exhibit C**. Movant is in possession of the Promissory Note, either directly or via a custodian, which is endorsed in blank.

///
///
///
///
///
///
///

DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY

2

DecMfr_CA_V001

4. **Amount of Movant's Claim with respect to the Property:**

| | |
|---|---|
| Principal: | $216,153.13 |
| Accrued interest: | $8,527.70 |
| Costs (attorney's fees, foreclosure fees, other costs): | $4,809.82 |
| Mortgage Insurance Premium Due | $0.00 |
| Less Escrow/Impound Funds | ($0.00) |
| Advances (property taxes, insurance): | $2,457.95 |
| Less suspense account or partial balance paid: | $0.00 |
| TOTAL Claim as of: 5/20/24; g/t 6/20/24 | $231,948.60 |

5. **Status of Movant's claim relating to the Property:** The current monthly payment amount is $1,629.91. The loan is contractually due for the July 1, 2023 payment; 11 payments have come due and were not made for a total of $17,929.01 through the May 2024 payment, exclusive of fees, costs, and/or charges.

6. **The fair market value of the Property:** According to the Debtor's Schedules, the fair market value of the Property is $270,000.00. A true and correct copy of Debtor's Schedules A/B and D are attached to the Index as **Exhibit D**. Movant adopts the Debtor's scheduled value of $270,000.00 for the Property for purposes of its instant motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on _June 12_, 2024, at _Marlton, New Jersey_ (city, state).

_Nitzan Shazer_　　　　　　　　　　　　[signature]
Declarant's Name　　　　　　　　　　　Signature of Declarant